# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**CIRCUIT RACING HC, LLC and**
**JUSTIN BEHN,**

           Plaintiffs,

    v.                      Case No. **22-CV-968**

**CITY OF HARTFORD,**
**DETECTIVE ERIK ENGEBRETSEN,**
**POLICE OFFICER MITCHELL KRAEMER,**
**DETECTIVE RICHARD THICKENS, and**
**JOHN DOES 1-10**

           Defendants.

☒   **Decision by Court.** This action came before the Court and decisions have been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of all defendants on the plaintiffs' action.

The City of Hartford and John Does 1-10 are **DISMISSED WITHOUT PREJUDICE**.

Defendants Erik Engebretsen, Mitchell Kraemer, and Richard Thickens are **DISMISSED WITH PREJUDICE**.

Date: April 30, 2024

        Gina M. Colletti, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, s/ Linda M. Zik

        Approved this 1st day of May, 2024.

        _____
        WILLIAM E. DUFFIN
        United States Magistrate Judge